UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RONN TOROSSIAN and 5W PUBLIC RELATIONS, LLC,

                      Plaintiffs,

-against-

DREW KERR, FOUR CORNERS COMMUNICATIONS, INC., REGISTER.COM, INC., and DOMAIN DISCREET,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 08 Civ. 10519 (NRB)(FM)

**ECF FILED**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

      Plaintiffs Ronn Torossian and 5W Public Relations, LLC ("Plaintiffs") and Defendants Drew Kerr and Four Corners Communications, Inc. ("Defendants"), having entered into a Settlement Agreement dated March 19, 2009, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by their undersigned counsel, that the above-referenced action be dismissed with prejudice as to all parties, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
       March 20, 2009

BUTZEL LONG

By_____
Marlen Kruzhkov, Esq. [MK-8205]
380 Madison Avenue
New York, New York 10017
(212) 374-5377
Attorneys For Plaintiffs

JACOBS DEBRAUWERE LLP

By:_____
John F. Burleigh, Esq. [JB-3240]
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787
Attorneys for Defendants

IT IS SO ORDERED.

Dated: New York, New York
       March. , 2009

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE