☑ 0037003
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RONN TOROSSIAN and 5W PUBLIC RELATIONS, LLC,

            Plaintiffs,

        -against-

DREW KERR, FOUR CORNERS COMMUNICATIONS,
INC., REGISTER.COM, INC., and DOMAIN DISCREET,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 08 Civ. 10519 (NRB)(FM)

**ECF FILED**

**STIPULATION OF
DISMISSAL WITH
PREJUDICE AND
ORDER**

Plaintiffs Ronn Torossian and 5W Public Relations, LLC ("Plaintiffs") and Defendants Drew Kerr and Four Corners Communications, Inc. ("Defendants"), having entered into a Settlement Agreement dated March 19, 2009, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by their undersigned counsel, that the above-referenced action be dismissed with prejudice as to all parties, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
      March 20, 2009

BUTZEL LONG

By_____
    Marlen Kruzhkov, Esq. [MK-8205]
    380 Madison Avenue
    New York, New York 10017
    (212) 374-5377
    Attorneys For Plaintiffs

JACOBS DeBRAUWERE LLP

By:_____
    John F. Burleigh, Esq. [JB-3240]
    445 Park Avenue, 17th Floor
    New York, NY 10022
    (212) 207-8787
    Attorneys for Defendants

IT IS SO ORDERED.

Dated: New York, New York
    March 2, 2009

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE